IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRENDA MCELVEEN,

    Plaintiff,

vs.                              CASE NO. 4:05CV218-MMP/AK

JO ANNE B. BARNHART,
**Commissioner of Social Security,**

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause pursuant to 42 U.S.C. § 405(g) seeking judicial review of the administrative denial of her application for disability benefits under the Social Security Act. (Doc. 1). Defendant has moved to remand this matter (doc. 20) to the Commissioner under sentence four of 42 U.S.C. § 405(g) which provides that:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

Defendant concedes that this action should be remanded to the Administrative Law Judge for consideration of additional evidence and supplemental vocational expert

testimony, and requests that this Court enter a final judgment under Rule 58, Federal Rules of Civil Procedure, reversing the decision of the ALJ and remanding the case to the ALJ.[1]  Plaintiff has no objection to the motion to remand, but requests that the Court provide additional clarification for the reasons for remand.  The government has agreed to remand this cause and set forth precisely what it agrees should be considered on remand.  This Court finds that the reasons stated by the government are precise enough and need no further clarification.

Accordingly, it is **RECOMMENDED** that Defendant's motion to remand (doc. 20) be **GRANTED**, and this cause **REMANDED** to the Commissioner for consideration of the additional evidence submitted to the Appeals Council following issuance of the hearing decision and supplemental vocational testimony addressing the jobs Plaintiff can perform with her residual functional capacity and the incidence of such jobs in the national economy.  It is also **RECOMMENDED** that final judgment reversing and remanding this cause be entered.

**IN CHAMBERS** at Gainesville, Florida, this _**20th**_ day of March, 2006.

_s/ A. KORNBLUM_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Counsel for the government has advised the Court that the line on page 2 of the memorandum accompanying the motion that adds that the case should be remanded for payment of benefits commending October 4, 2003, is a typographical error.  Since Plaintiff did not respond or otherwise address this phrase and responded to the considerations set forth elsewhere stated in the motion, the Court assumes that she recognized as well that the reference to payment of benefits was a typographical error.

No. 4:05CV218-MMP/AK

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:05CV218-MMP/AK